IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THIRD UNION FINANCE, INC.**                                                                  **PLAINTIFF**

**V.**                                                         **NO. 4:22-CV-81-DMB-JMV**

**UNITED STATES SMALL BUSINESS**
**ADMINISTRATION, et al.**                                              **DEFENDANTS**

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 1st day of June, 2022.

                                                            **/s/Debra M. Brown**
                                                            **UNITED STATES DISTRICT JUDGE**